No. 502, Misc. JARRETT *v.* BRITT ET AL. C. A. 4th Cir. Certiorari denied.

No. 504, Misc. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 508, Misc. HOWARD *v.* COPINGER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 511, Misc. ROBERTS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 523, Misc. WALDO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 530, Misc. BOURASSA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States. ■

No. 539, Misc. LUGO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 540, Misc. COURTNEY *v.* BISHOP, PENITENTIARY SUPERINTENDENT. C. A. 8th Cir. Certiorari denied.

No. 541, Misc. RYAN *v.* DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 543, Misc. MILNE *v.* LaFLAMME. Sup. Ct. Vt. Certiorari denied.